UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RUNYON SALTZMAN EINHORN, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MORRIS ANDERSON, an Illinois Corporation, JACO ENVIRONMENTAL, INC., a Washington Corporation, KEYBANK NATIONAL ASSOCIATION, a National Banking Association, and DOES 1-20 inclusive,<br><br>Defendants. | CASE NO. 2:15-cv-02557-TLN-EFB<br><br>**ORDER EXTENDING MORRIS ANDERSON'S DEADLINE TO RESPOND TO COMPLAINT** |

The Court having considered the Joint Stipulation to extend time to respond to the Complaint (the "Stipulation") entered into by Plaintiff Runyon Saltzman Einhorn, Inc. and Defendant Morris Anderson, by and through their respective counsel, and good cause appearing, hereby orders as follows:

1. The Stipulation is approved.

2. Defendant Morris Anderson's deadline to respond to Plaintiff's Complaint is extended by thirty (30 days), up to and including February 4, 2016.

**IT IS SO ORDERED.**

Dated: January 25, 2016:

_____
Troy L. Nunley
United States District Judge

ORDER